# AHDOOT & WOLFSON, PC
## ATTORNEYS

December 18, 2017

**BY ECF**

The Honorable Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Christopher Williams v. City of New York, et al.*, 17 CV 2303 (RJD) (SMG)
**Request to Appear Telephonically at December 20, 2017 Hearing**

Your Honor:

Together with Jason Leventhal, Esq. and Vanessa Shakib, Esq., I represent Plaintiff in this matter. The hearing on Plaintiff's motion for a preliminary injunction is on December 20, 2017 at 2:30 p.m. Mr. Leventhal and Ms. Shakib will be appearing in-person. As I am located in Los Angeles, California, I respectfully request leave to appear telephonically. I am able to be reached at the following land line: (310) 474-9111. Opposing counsel has consented to my telephonic appearance. Thank you for your consideration.

Respectfully submitted,

/S

Tina Wolfson, Esq.