UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

CHRISTOPHER WILLIAMS,

                                       Plaintiff,

            -against-

CITY OF NEW YORK, JOSEPH PONTE, CYNTHIA BRANN, MARTIN J. MURPHY, TIMOTHY D. FARRELLL, HAZEL JENNINGS, KENNETH STUKES, VALERIE HARRISON, ALFREDO TOLENTINO, RAJAB EDWARDS, TAMMY SPIVEY-AHADI, MAKEEDA MATTHEWS, BRIAN BUNCH, FURREL CANTEEN, SHAEQUANNA BRAITHWAITE, and JOHN DOE 1 through 37 (the names John Doe 1 through 37 being fictitious as the true names are presently unknown)

                                           Defendants.
-------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

19 CV 0365 (RJD) (SMG)

-------------------------------------------------------------------------x

CHRISTOPHER WILLIAMS,

                                       Plaintiff,

            - against -

CITY OF NEW YORK, JOSEPH PONTE, Individually, MARTIN J. MURPHY, Individually, JOHN or JANE DOE 1, Individually, JOHN or JANE DOE 2, Individually, FURREL CANTEEN, Individually, and SHAEQUANA BRAITHWAITE, Individually

                                           Defendants
-------------------------------------------------------------------------x.

**STIPULATION AND ORDER OF DISMISSAL**

17 CV 2303 (RJD)(SMG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in the above-captioned litigations, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1. The above-referenced actions are each hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of these actions in accordance with this agreement, the District Court shall continue to retain jurisdiction over these actions for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
~~March 27~~ April 22, 2020

LEVENTHAL LAW GROUP P.C
125 Maiden Lane, Suite 5C
New York, New York 10038
718-556-9600

By: /s/ Jason Leventhal
Jason Leventhal
*Attorney for Plaintiff*

Ahdoot & Wolfson, P.C.
~~1016 Palm Ave~~ 10728 Lindbrook Drive
~~West Hollywood, CA 90069~~ Los Angeles, CA 90024
310-474-9111

By: /s/ T. Wolfson
Tina Wolfson
*Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Joseph Ponte, Cynthia Brann, Martin J. Murphy, Timothy D. Farrell, Hazel Jennings, Kenneth Stukes, Alfredo Tolentino, Rajah Edwards, Tammy Spivey-Ahadi, Makeeda Matthews, Brian Bunch, Furrel Canteen and Shaequanna Braithwaite*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Alan Scheiner
Alan H. Scheiner
Senior Counsel

SO ORDERED:

/S/ Raymond J. Dearie
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: 4/23/2020 , 2020

The Clerk of the Court is directed to close CV 17- 2303 & CV 19-365.
SO ORDERED.
April 23, 2020
    Raymond J. Dearie
    U.S.D.J.